IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KEVIN DENEEN MYERS, #1769501 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv1130 |
| SANDRA BROADUS, ET AL. | § | |

## FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff's case is **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED**  February 22, 2019.

_____
Ron Clark, Senior District Judge